JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.C., et al., | Case No. CV 14-2230-GW(FFMx) |
| Plaintiffs, | |
| v. | **ORDER TO DISMISS WITH PREJUDICE** |
| LAS VIRGENES UNIFIED SCHOOL DISTRICT, et al., | |
| Defendants. | |

    Based upon the stipulation between the parties and their respective counsel, IT IS HEREBY ORDERED that this action is hereby dismissed with prejudice in its entirety. The parties will bear their respective costs, including any possible attorney fees or other expenses of litigation.

Dated: September 15, 2014

BY THE COURT

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE